IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMCO INSURANCE COMPANY**, | : | CIVIL ACTION NO. 1:15-CV-0053 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **BRIAN YOHE AND JILL YOHE**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 28th day of April, 2016, upon consideration of the motion (Doc. 20) *in limine* filed by defendants Brian Yohe and Jill Yohe ("the Yohes"), wherein the Yohes seek to preclude at trial any reference to or evidence of: (1) Jill Yohe's prior admission into the ARD program or underlying conduct; (2) Jill Yohe's criminal convictions for forgery, receipt of stolen property, and the underlying conduct; and (3) the existence or results of the polygraph test taken by Jill Yohe, and further upon consideration of the notice (Doc. 37) filed by plaintiff AMCO Insurance Company ("AMCO"), wherein AMCO indicates that it "does not oppose" the motion, and the court construing AMCO's notice as AMCO's concurrence in the Yohes' motion, it is hereby ORDERED that the Yohes' motion (Doc. 20) is GRANTED and that neither party shall be permitted to reference or utilize at trial the above-enumerated evidence.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania