# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMCO INSURANCE COMPANY,**         Plaintiff | : : : | CIVIL ACTION NO. 1:15-CV-53 |
| | : | **(Chief Judge Conner)** |
| v. | : : | |
| **BRIAN YOHE AND JILL YOHE,**         Defendants | : : | |

## ORDER

**AND NOW**, this 18th day of July, 2016, it having been reported to the Court that the above action has been settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania